IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-01367-REB-PAC

XSUNX, INC.,
    a Colorado corporation, and
MOUNTAIN SHARE TRANSFER, INC.,
    a Colorado corporation,

        Plaintiffs,
vs.

BONHAM INVESTMENTS LTD,
    a Mauritius corporation, and
ADMIRAL ALLIANCE OFFSHORE BANK LTD,
    a Turkish Republic of Cyprus corporation.

        Defendants.

_____

**ORDER**
_____

Order Entered by Magistrate Judge Patricia A. Coan

    **THE COURT**, having granted Plaintiffs' Unopposed Motion to Serve Defendant Admiral Alliance Offshore Bank Ltd by Publication, see Doc. # 22 and having reviewed and considered Plaintiffs' Supplement to said Motion, Doc. # 23, and the file and being fully apprised in the premises ORDERS as follows:

    Because the Defendant Admiral Alliance Offshore Bank Ltd. was incorporated under the laws of Northern Cyprus and listed office and post addresses in the Northern Cyprus Turkish Republic, Plaintiffs shall serve the Defendant Admiral Alliance Offshore Bank Ltd by publication in three newspapers which are circulated in the Northern Cyprus Turkish Republic, to wit:  Yeni Düzen,  Kıibrıis, and Halkıin Sesi.  The publication is to be performed  daily or as often as the particular newspaper is

published for a period of three weeks and the publication shall be translated into the Turkish language and shall read (in English) as follows:

NOTICE TO ADMIRAL ALLIANCE OFFSHORE BANK LTD AND ITS PRINCIPALS:

> You are hereby notified that a lawsuit has been filed in the United States District Court for the District of Colorado, 901 19th Street, Denver, Colorado 80294-3589, U.S.A. entitled <u>XsunX, Inc. and Mountain Share Transfer, Inc., Plaintiffs v. Bonham Investments Ltd and Admiral Alliance Offshore Bank Ltd, Defendants</u>, Case No. 05-CV-1367-REB-PAC. The United States District Court has entered an order allowing service of this lawsuit on Admiral Alliance Offshore Bank Ltd by publication of this Notice for three consecutive weeks. You are hereby summoned and required to serve upon Plaintiffs' attorney, John Henry Schlie, whose address is 6059 S. Quebec Street, Suite 200, Centennial, Colorado 80111, U.S.A. and FILE WITH THE CLERK OF THE COURT, an answer to the Complaint within twenty (20) days of the publication of this Notice, exclusive of the day of publication. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

It is further

**ORDERED** that Publication shall begin no later than June 19, 2006, and Plaintiffs' counsel shall file a certification that publication has occurred in accordance with the within Order by July 28, 2006.

**DONE** this 24th day of May 2006.

By the Court:

<u>s/Patricia A. Coan</u>
Patricia A. Coan
United States Magistrate Judge