# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-01367-REB-PAC

XSUNX, INC., a Colorado corporation, and
MOUNTAIN SHARE TRANSFER, INC., a Colorado corporation,

    Plaintiffs,

v.

BONHAM INVESTMENTS LTD, a Mauritius corporation, and
ADMIRAL ALLIANCE OFFSHORE BANK, LTD., a Turkish Republic of Cyprus corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the plaintiff's **Motion to Dismiss Without Prejudice** [#28], filed August 10, 2006. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion to Dismiss Without Prejudice** [#28], filed August 10, 2006, is **GRANTED**; and

2. That this action **IS DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 11, 2006, at Denver, Colorado.

                **BY THE COURT:**

                **s/ Robert E. Blackburn**
                **Robert E. Blackburn**
                **United States District Judge**